UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH ARUANNO,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>*Commissioner of Social Security*,<br><br>**Defendant.** | 11-CV-2521<br><br>**ORDER** |

**THIS MATTER** coming before the Court on Defendant's Motion to Dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); the Court having reviewed the filings submitted by the Plaintiff and the Defendant; for the reasons stated in this Court's accompanying Opinion; and for good cause appearing;

**IT IS** on this 5th day of December 2011, hereby,

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**